RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Brian Lee Melendrez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN LEE MELENDREZ,<br><br>  Defendant. | Case No. 2:22-mj-00461-BNW<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Brian Lee Melendrez, that the bench trial currently scheduled on September 14, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction.
2. The defendant has a scheduling conflict.
3. Parties are close to resolution.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the bench trial.

DATED this 8th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Angelica Marmorstein*<br>ANGELICA MARMORSTEIN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN LEE MELENDREZ,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00461-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, September 14, 2022 at 9:00 a.m., be vacated and continued to October 19, 2022 at 9:00 a.m.

DATED this 8th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3