RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Brian Lee Melendrez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRIAN LEE MELENDREZ,<br><br>                    Defendant. | Case No. 2:22-mj-00461-BNW<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Third Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Brian Lee Melendrez, that the bench trial currently scheduled on November 30, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

      1.    Defendant will be unavailable to appear in person due to work conflict.

      2.    Counsel for defendant has a scheduling conflict as well.

      3.    The parties agree to the continuance.

4.   Mr. Melendrez is out of custody and agrees with the continuance.

This is the third request for a continuance of the bench trial.

DATED this 28th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Christopher Burton<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>BRIAN LEE MELENDREZ,<br><br>         Defendant. | Case No. 2:22-mj-00461-BNW<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, October 19, 2022 at 9:00 a.m., be vacated and continued to February 8, 2023 at 9:00 a.m.

   DATED: November 29, 2022.

_____
UNITED STATES MAGISTRATE JUDGE