Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Brian Melendrez

# United States District Court
## District of Nevada

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Brian Melendrez,<br><br>　　　　Defendant. | Case No. 2:22-mj-00461-BNW<br><br>**Stipulation and Proposed Order** |

### Stipulation

Mr. Melendrez was charged by complaint with two counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)) and (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)). (ECF No. 1.)

Mr. Melendrez entered a plea agreement, pleaded guilty to Count One, and was sentenced as follows: "Defendant is sentenced to a term of 12 months unsupervised probation with the following special conditions: Defendant must complete DUI School with Victim Impact Panel, complete 40 hours of community service, must pay fines totaling $760.00 to the Clerk's Office, shall have no adverse

contact with law enforcement, and is restricted from Lake Mead National Recreational Area for a period of 12 months beginning immediately. Remaining count is DISMISSED. Additionally, If the Defendant completes his sentencing obligations within 12 months of sentencing date, the Court will allow Defendant to withdraw the current guilty plea to Count 1: Operating Motor Vehicle Under the Influence and enter a plea of guilty to an Amended Count 1: Reckless Driving." (ECF No. 17.)

Mr. Melendrez now has completed the special conditions of his unsupervised probation. Accordingly, the parties jointly request that the Court allow Mr. Melendrez to withdraw his guilty plea to Count One (Operating a Motor Vehicle Under the Influence) and enter a plea of guilty to an Amended Count One: Reckless Driving.

Dated February 20, 2024.

Respectfully submitted,

| Rene L. Valladares | Jason Frierson |
| Federal Public Defender | United States Attorney |

*/s/ Rick Mula*  */s/ Imani Dixon*
Rick Mula  Imani Dixon
Assistant Federal Public Defender  Assistant United States Attorney

**Proposed Order**

Based on the representations of counsel, the Court finds that Mr. Melendrez has completed the requirements of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Melendrez is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for March 22, 2024, at 9:30 AM is vacated.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment and close this case.

DATED this _21_ day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE